No. 00-7382. HOOKS *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 00-7383. HOOKS *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 00-7384. GYADU *v.* BELLA VISTA CONDOMINIUM ASSN., INC. Sup. Ct. Conn. Certiorari denied.

No. 00-7385. GONZALEZ *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00-7387. VAN WOUDENBERG *v.* GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-7388. CENICEROS *v.* YEARWOOD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-7389. CLAYTON *v.* THOMPSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00-7392. EANES *v.* MONTGOMERY ET AL. C. A. 8th Cir. Certiorari denied.

No. 00-7393. FELIVERTY *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 00-7394. FORDJOUR *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 00-7396. HERSEY *v.* HANIFIN ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00-7397. HAMER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00-7399. CAIN *v.* BOONE. C. A. 10th Cir. Certiorari denied.

No. 00-7401. CORLISS *v.* WASHINGTON DEPARTMENT OF CORRECTIONS. Sup. Ct. Wash. Certiorari denied.